UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME MARTIN,<br><br>        Plaintiff,<br><br>        v.<br><br>RECONTRUST COMPANY;<br>COUNTRYWIDE HOME LOANS, INC.;<br>and, Does 1 through 50, inclusive,<br><br>        Defendants. | Case No. 2:09-CV-00025-LKK-DAD<br><br>**ENTRY OF JUDGMENT OF DISMISSAL**<br><br>Judge: Hon. Lawrence K. Karlton |

PDF created with pdfFactory trial version www.pdffactory.com

1  Having reviewed the Court's docket and the papers on file in the above-captioned
2  matter, the Court finds the following:
3    1.  On December 3, 2008, Plaintiff Jaime Martin ("Plaintiff") filed the instant
4  action against Defendants ReconTrust Company, N.A. ("ReconTrust") and Countrywide
5  Home Loans, Inc. ("Countrywide") (collectively "Defendants").
6    2.  On January 5, 2009, Defendants timely removed the action from the Superior
7  Court for the County of Sacramento to this Court.
8    3.  On January 12, 2009, Defendants filed a motion to dismiss each of the three
9  causes of action asserted in Plaintiff Complaint based on the uncertainty of the claims and
10 Plaintiff's failure to state a valid cause of action.
11   4.  The motion to dismiss was decided on February 19, 2009.  The Court
12 granted Defendants' unopposed motion to dismiss with leave to amend.  The Court's Order
13 provided that Plaintiff was required to file an amended complaint by March 5, 2009.
14 Specifically, the Court explained in its Order that "Plaintiff is granted ten days from the
15 date of this order to file and serve an amended complaint."  (Order, Docket #7, Page 11,
16 Lines 16-17.)
17   5.  Plaintiff failed to file an amended complaint by March 5, 2009.
18   Accordingly, for the reasons set forth above, **IT IS ORDERED, ADJUDGED**
19 **AND DECREED** as follows:
20   That Defendants have judgment against Plaintiff Jaime Martin on all claims, that
21 Plaintiff take nothing by virtue of his complaint, and that this action is hereby dismissed,
22 with prejudice.

Dated:  March 11, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com